**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bath For Living, Inc** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4805442** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3131 NW 79th Ave Unit #2**<br>**Doral, FL 33122**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Bath For Living, Inc**                                         Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    **Bath For Living, Inc**                                               Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name   _____
           Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Bath For Living, Inc**
_____    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **Bath For Living, Inc**                                                    Case number (*if known*) _____
                Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2023**
                      MM / DD / YYYY

**X /s/ Daniel Jose Serino Nieves**                          **Daniel Jose Serino Nieves**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Patrick L. Cordero, Esq.**                          Date **May  8, 2023**
Signature of attorney for debtor                                     MM / DD / YYYY

**Patrick L. Cordero, Esq. 801992**
Printed name

**Law Office of Patrick L. Cordero, PA**
Firm name

**7333 Coral Way**
**Miami, FL 33155**
Number, Street, City, State & ZIP Code

Contact phone    **305-445-4855**        Email address    **ECFMAIL@pcorderolaw.com**

**801992 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bath For Living, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2023**         X **/s/ Daniel Jose Serino Nieves**
                                           Signature of individual signing on behalf of debtor

                                         **Daniel Jose Serino Nieves**
                                           Printed name

                                         **President**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Bath For Living, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*...................................................................................................... $ _____**0.00**

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.................................................................................................... $ _____**157.60**

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*..................................................................................................... $ _____**157.60**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____**827,005.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____**79,530.61**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ _____**277,879.96**

4.  Total liabilities ..........................................................................................................................
  Lines 2 + 3a + 3b
  $ _____**1,184,415.57**

**Fill in this information to identify the case:**

Debtor name  **Bath For Living, Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | |
|---|---|---|---|---|
| 3.1. | **Centennial Bank Acct** | checking | 0761 | $157.60 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $157.60 |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Bath For Living, Inc**                                    Case number *(If known)* _____
Name

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Bath For Living, Inc**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $157.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $157.60 |

**Fill in this information to identify the case:**

Debtor name __**Bath For Living, Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **McKenzie Capital LLC**<br>Creditor's Name<br><br><br>**3390 Mary Street Ste 305**<br>**Coconut Grove, FL 33133**<br>Creditor's mailing address<br><br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5442**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Bussines loan-UCC Lien**<br>**all accounts, chattel paper, documents, equipment, general intangible, instruments, and inventory.**<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$265,005.00** | **$0.00** |
| **2.2** **Neighborhood Lending Partners of Fl Inc**<br>Creditor's Name<br><br><br><br>**3615 West Spruce Street**<br>**Tampa, FL 33607**<br>Creditor's mailing address<br><br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**UCC Lien all debtor's personal property, lien property7066 NW107th Ave Doral,FL33178. Owned by owner 50%Maria Hernandez &husband Alvaro Gomez. Cross-collateralization/crossdefault 10942 NW 59 St Doral FL 33178 owned by owner Daniel  Nieve**<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No | **$212,000.00** | **$0.00** |

Debtor    **Bath For Living, Inc**
Name

Case number (*if known*) _____

**Last 4 digits of account number**
**5442**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **SBA Loan** | | $350,000.00 | $0.00 |

Creditor's Name

**2 N 20 St #320**
**Birmingham, AL 35203**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7909**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Bussines loan-UCC Lien**
**All tangible and intangible personal property**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $827,005.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Bath For Living, Inc** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,527.15 | $45,527.15 |
| --- | --- | --- | --- | --- |
|  | **Florida Department of Revenue** | *Check all that apply.* | | |
|  | **5050 W. Tennessee St.** | ☐ Contingent | | |
|  | **Tallahassee, FL 32399-0120** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | | **Taxes** | | |
|  | Last 4 digits of account number **5662** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ☑ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,003.46 | $0.00 |
| --- | --- | --- | --- | --- |
|  | **Internal Revenue Service** | *Check all that apply.* | | |
|  | **Centralized Insolvency Operation** | ☐ Contingent | | |
|  | **POB 7346** | ☐ Unliquidated | | |
|  | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | | **Taxes** | | |
|  | Last 4 digits of account number **5442** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ☑ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Bath For Living, Inc** _____  Case number *(if known)* _____

Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,115.04** |
|---|---|---|---|

**Adornus Cabinetry LLC**
**10813 NW 30TH St Ste 100**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplies**

Last 4 digits of account number  **0604**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,205.07** |
|---|---|---|---|

**Aida Mena**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  **3988**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Alvaro Gomez**
**7066 NW 107 TH St**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loan House Collateral**

Last 4 digits of account number  **5442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,725.70** |
|---|---|---|---|

**Aqualife**
**12760 SW 88TH ST**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplies**

Last 4 digits of account number  **1820**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,188.15** |
|---|---|---|---|

**Beatriz Fernandez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number  **4134**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,663.93** |
|---|---|---|---|

**BNK Bathroom and Kitchen INC**
**1586 NW 82ND W**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplies**

Last 4 digits of account number  **4020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,526.89** |
|---|---|---|---|

**Carlos Pabon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **customer**

Last 4 digits of account number  **3179**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bath For Living, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,129.80** |
|---|---|---|---|

**CE Kitchen & Bath**
**9955 NW 116TH Way**
**Medley, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Supplies

**Last 4 digits of account number  2736**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,056.22** |
|---|---|---|---|

**Chase**
**P.O. Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business loan

**Last 4 digits of account number  1085**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Comcast**
**1355 Noel Rd #2100**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility

**Last 4 digits of account number  0693**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Corporation Service Company Registered Ag**
**1201 Hays St**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Collentig for Nobilia North America Inc

**Last 4 digits of account number  5442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.40** |
|---|---|---|---|

**Daniel Mason**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number  4176**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,500.00** |
|---|---|---|---|

**Daniel Serino Nieves**
**1049 NW 59TH ST**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business loan

**Last 4 digits of account number  5442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.65** |
|---|---|---|---|

**David Forsberg**
**4802 NW 116TH AVE**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number  5442**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bath For Living, Inc** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| --- | --- | --- |
| **Dorothy G Negrn PA**<br>**12485 SW 137 Ave Ste 212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5442** | Basis for the claim: **Collecting for pro Bath** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.45 |
| --- | --- | --- |
| **Fabiola Cange**<br>**7408 Greenville Cir**<br>**Lake Worth, FL 33467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **4009** | Basis for the claim: **customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,054.65 |
| --- | --- | --- |
| **Fabiola Nicolas**<br>**746 NW 107 ST**<br>**Miami, FL 33168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **4131** | Basis for the claim: **customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
| --- | --- | --- |
| **FPL**<br>**General Mail Facility**<br>**Miami, FL 33188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2386** | Basis for the claim: **Utility** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.51 |
| --- | --- | --- |
| **Hernando SantaColoma**<br>**6510 Costeneda St**<br>**Coral Gables, FL 33122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5442** | Basis for the claim: **customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Honorable Juan Antonio Gonzalez**<br>**US Attorney for Southern District**<br>**99 NE 4 St**<br>**Miami, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5442** | Basis for the claim: **notice only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Honorable Merrick Garland**<br>**Attorney General**<br>**Dept of Justice #4400**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5442** | Basis for the claim: **notice only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Bath For Living, Inc**                                                Case number *(if known)* _____
        Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.10 |

**Jose Morejon**
**17640 SW 146 TH CT**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4230**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,630.00 |

**Kamil Mag**
**1221 S 13TH Ave**
**Hollywood, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5442**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,060.20 |

**Kenia Garcia**
**3324 Steeplecnasen Ln**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3780**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |

**LP Quality Innovation/ Luis Rodriguez**
**750 NE 199 TH ST**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4150**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,112.80 |

**Mabel D Mare**
**10975 SW 174 Terrace**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4153**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,500.00 |

**Maria Hernandez**
**7066 NW 10TH ST**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0542**

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,256.00 |

**Mohamed M Rahman**
**927 NW 130TH Terrace**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4211**

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Bath For Living, Inc**                                    Case number (if known) _____

Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,170.35** |

**Next Plumbing Supply**
**710 S poweline Rd St A**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0791**

**Basis for the claim:**  **Suppliers**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |

**Nobilia North America Inc**
**1201 Hws St**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5442**

**Basis for the claim:**  **Seller**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,702.35** |

**Oscar Mijares**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4099**

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,138.83** |

**Pedro Valdes Diaz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3778**

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,461.00** |

**POrtus Investment LLC**
**9999 Collins Ave Apt 15F**
**Miami Beach, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4118**

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$861.12** |

**Priele Bathrooms**
**1720 NW 94TH Ave**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0597**

**Basis for the claim:**  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,227.19** |

**Pro Bath Company LLC**
**5820 NW 163RD ST**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5442**

**Basis for the claim:**  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Bath For Living, Inc**                                    Case number *(if known)* _____
         Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Pro Bath Company LLC**
**5820 NW 163RD ST**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  5442**

**Basis for the claim:**  **Seller**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**PSBP industrial LLC**
**8216 NW 14 ST**
**Doral, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  5442**

**Basis for the claim:**  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**PSBP industrial LLC**
**1201 Hays St**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  5442**

**Basis for the claim:**  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,069.49** |
|---|---|---|---|

**Roca Bathroom Products Inc**
**11190 NW 25TH ST Ste 110**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  566**

**Basis for the claim:**  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,103.26** |
|---|---|---|---|

**Roca Usa , INC**
**11190 NW 25TH CT Ste 100**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  7746**

**Basis for the claim:**  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364.70** |
|---|---|---|---|

**Rocco Bruno Sanclovan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  4229**

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705.00** |
|---|---|---|---|

**Rosa Monastriski**
**3140 South Ocean Drive Apt 2501**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  3135**

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Bath For Living, Inc**                                    Case number *(if known)* _____
         _____
         Name

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,611.25** |

3.43   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$9,611.25**
**Sapphire Bath Inc**                ☐ Contingent
**PmB 596 Ste 596**                  ☐ Unliquidated
**Hawthorne, NJ 07506**              ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __Supplies__

Last 4 digits of account number  __1160__      Is the claim subject to offset? ■ No  ☐ Yes

---

3.44   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$2,775.37**
**Serenergy Center LLC /Servio Fernandez**     ☐ Contingent
                                     ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __customer__

Last 4 digits of account number  __3465__      Is the claim subject to offset? ■ No  ☐ Yes

---

3.45   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$2,653.60**
**Soraya Leon**                      ☐ Contingent
                                     ☐ Unliquidated
Date(s) debt was incurred __         ☐ Disputed

Last 4 digits of account number  __4179__      **Basis for the claim:**  __customer__

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

3.46   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$300.00**
**T-Mobile**                         ☐ Contingent
**Pob 790047**                       ☐ Unliquidated
**Saint Louis, MO 63179**            ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __Utility__

Last 4 digits of account number  __6737__      Is the claim subject to offset? ■ No  ☐ Yes

---

3.47   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$1.00**
**Trembly Law Firm**                 ☐ Contingent
**9700 South Dixie Highway**         ☐ Unliquidated
**Miami, FL 33156**                  ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __Collecting for Nobilia North America Inc__

Last 4 digits of account number  __5442__      Is the claim subject to offset? ■ No  ☐ Yes

---

3.48   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$16,931.46**
**Tuna Sanitary Ware Inc**           ☐ Contingent
**1330 S State College Blvd**        ☐ Unliquidated
**Anaheim, CA 92806**                ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __Supplies__

Last 4 digits of account number  __5442__      Is the claim subject to offset? ■ No  ☐ Yes

---

3.49   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$1.00**
**Wyman Legal Solutions**            ☐ Contingent
**2263 NW Boca Raton Blvd Ste 204**  ☐ Unliquidated
**Boca Raton, FL 33431**             ☐ Disputed

Date(s) debt was incurred __         **Basis for the claim:**  __Collecting for Doral Flex one LLC__

Last 4 digits of account number  __5442__      Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Bath For Living, Inc**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $6,871.43 |

**Yesica Matute**
**102 NW 86TH Place**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number**  4158

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $2,400.00 |

**Yoan Martinez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number**  4215

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 79,530.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 277,879.96 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 357,410.57 |

**Fill in this information to identify the case:**

Debtor name __**Bath For Living, Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Bath For Living, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alvaro Gomez** | **7066 NW 107 St**<br>**Doral, FL 33178**<br>**Business Loan Homestead Property** | **Neighborhood Lending Partners of Fl Inc** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Daniel Serino Nieves** | **10942 NW 59St**<br>**Doral, FL 33178**<br>**Business Loan Collateral** | **Neighborhood Lending Partners of Fl Inc** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Maria hernandez** | **7066 NW 107 St**<br>**Doral, FL 33178**<br>**Business Loan Collateral** | **Neighborhood Lending Partners of Fl Inc** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Daniel Serino Nieves** | **10942 NW 59 St**<br>**Miami, FL 33178**<br>**Personal Guarantee** | **Doral Flex One LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bath For Living, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $-16,234.69 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $2,193,110.00 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $2,563,768.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Bath For Living, Inc**                                     Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Doral Flex One LLC**<br>**12955 Biscayne Blvd Ste 406B**<br>**North Miami, FL 33181** | **Showroom Landlord**<br>**Merchandise/ Assets/Inventory** | **03/2023** | **$55,684.07** |
| **PSBP Industrial LLC**<br>**2201-2205 NW 79 Ave**<br>**Doral, FL 33122** | **Warehouse Landlord**<br>**Inventory/Assets/Merchandise** | **03/2023** | **$158,127.51** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Bath For Living, Inc**                                     Case number *(if known)*

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Patrick L. Cordero, PA**<br>**7333 Coral Way**<br>**Miami, FL 33155** | **Attorney Fees** | **02/28/23**<br>**$1000**<br>**03/23/23**<br>**$5000**<br>**04/25/23**<br>**$875** | **$6,500.00** |
| | Email or website address<br>**ECFMAIL@pcorderolaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Carmax Inc**<br>**1300 NW 98th Ct**<br>**Miami, FL 33172** | **2007 Chevrolet Express**<br>**Money used to pay Bankruptcy Attorneys fees.** | **03/09/23** | **$5,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

Debtor  **Bath For Living, Inc**                                                  Case number *(if known)*

|  | **Who received transfer?**<br>**Address** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.2<br>. | **Step On Floors LLC**<br>**6615 BRISTOL LK S**<br>**Delray Beach, FL 33446** | 2003 Toyota Forklift | 11/14/22 | $8,000.00 |
|  | **Relationship to debtor**<br>**None** |  |  |  |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  __Bath For Living, Inc_____  Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>POB 15298<br>Wilmington, DE 19850 | XXXX-1508 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/2023 | $0.00 |
| 18.2. | **Centennial Bank**<br>8630 NW 25 St<br>Doral, FL 33122 | XXXX-4605 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/2023 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Bath For Living, Inc**                                         Case number *(if known)*

---

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor  **Bath For Living, Inc**                                    Case number *(if known)*

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Doral Flex One LLC** | **March 2023** | **$55,684.07** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Doral Flex One LLC**<br>**12955 Biscayne Blvs Ste 406 B**<br>**Miami, FL 33181-1000** | | |
| 27.2. | **PSBP Industrial LLC** | **March 2023** | **$158,127.51** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **PSBP industrial LLC**<br>**8216 NW 14 ST**<br>**Doral, FL 33126** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Serino Nieves** | **1049 NW 59TH ST**<br>**Doral, FL 33178** | **Owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maria Hernandez** | **7066 NW 10TH ST**<br>**Doral, FL 33178** | **Owner** | **50%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Bath For Living, Inc**                                Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2023**

**/s/ Daniel Jose Serino Nieves**                    **Daniel Jose Serino Nieves**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **Bath For Living, Inc**                                                Case No.  _____
                                            Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  8, 2023**                          **/s/ Daniel Jose Serino Nieves**
                                    **Daniel Jose Serino Nieves**/**President**
                                    Signer/Title

Adornus Cabinetry LLC
10813 NW 30TH St Ste 100
Doral, FL 33172


Aida Mena


Alvaro Gomez
7066 NW 107 TH St
Doral, FL 33178


Alvaro Gomez
7066 NW 107 St
Doral, FL 33178


Aqualife
12760 SW 88TH ST
Miami, FL 33186


Beatriz Fernandez


BNK Bathroom and Kitchen INC
1586 NW 82ND W
Miami, FL 33126


Carlos Pabon


CE Kitchen & Bath
9955 NW 116TH Way
Medley, FL


Chase
P.O. Box 1423
Charlotte, NC 28201


Comcast
1355 Noel Rd #2100
Dallas, TX 75240


Corporation Service Company Registerd Ag
1201 Hays St
Tallahassee, FL 32301

Daniel Mason


Daniel Serino Nieves
1049 NW 59TH ST
Doral, FL 33178


Daniel Serino Nieves
10942 NW 59St
Doral, FL 33178


Daniel Serino Nieves
10942 NW 59 St
Miami, FL 33178


David Forsberg
4802 NW 116TH AVE
Doral, FL 33178


Dorothy G Negrn PA
12485 SW 137 Ave Ste 212


Fabiola Cange
7408 Greenville Cir
Lake Worth, FL 33467


Fabiola Nicolas
746 NW 107 ST
Miami, FL 33168


Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0120


FPL
General Mail Facility
Miami, FL 33188


Hernando SantaColoma
6510 Costeneda St
Coral Gables, FL 33122

Honorable Juan Antonio Gonzalez
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132


Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530


Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346


Jose Morejon
17640 SW 146 TH CT
Miami, FL 33177


Kamil Mag
1221 S 13TH Ave
Hollywood, FL 33019


Kenia Garcia
3324 Steeplecnasen Ln
Kissimmee, FL 34746


LP Quality Innovation/ Luis Rodriguez
750 NE 199 TH ST
Miami, FL 33179


Mabel D Mare
10975 SW 174 Terrace
Miami, FL 33157


Maria Hernandez
7066 NW 10TH ST
Doral, FL 33178


Maria hernandez
7066 NW 107 St
Doral, FL 33178

McKenzie Capital LLC
3390 Mary Street Ste 305
Coconut Grove, FL 33133


Mohamed M Rahman
927 NW 130TH Terrace
Fort Lauderdale, FL 33325


Neighborhood Lending Partners of Fl Inc
3615 West Spruce Street
Tampa, FL 33607


Next Plumbing Supply
710 S poweline Rd St A
Deerfield Beach, FL 33442


Nobilia North America Inc
1201 Hws St
Tallahassee, FL 32301


Oscar Mijares


Pedro Valdes Diaz


POrtus Investment LLC
9999 Collins Ave Apt 15F
Miami Beach, FL 33154


Priele Bathrooms
1720 NW 94TH Ave
Doral, FL 33172


Pro Bath Company LLC
5820 NW 163RD ST
Miami Lakes, FL 33014


Pro Bath Company LLC
5820 NW 163RD ST
Miami Lakes, FL 33014

PSBP industrial LLC
8216 NW 14 ST
Doral, FL 33126


PSBP industrial LLC
1201 Hays St
Tallahassee, FL 32301


Roca Bathroom Products Inc
11190 NW 25TH ST Ste 110
Doral, FL 33172


Roca Usa , INC
11190 NW 25TH CT Ste 100
Miami, FL 33172


Rocco Bruno Sanclovan


Rosa Monastriski
3140 South Ocean Drive Apt 2501
Hallandale, FL 33009


Sapphire Bath Inc
PmB 596 Ste 596
Hawthorne, NJ 07506


SBA Loan
2 N 20 St #320
Birmingham, AL 35203


Serenergy Center LLC /Servio Fernandez


Soraya Leon


T-Mobile
Pob 790047
Saint Louis, MO 63179


Trembly Law Firm
9700 South Dixie Highway
Miami, FL 33156

```
Tuna Sanitary Ware Inc
1330 S State College Blvd
Anaheim, CA 92806


Wyman Legal Solutions
2263 NW Boca Raton Blvd Ste 204
Boca Raton, FL 33431


Yesica Matute
102 NW 86TH Place
Miami, FL 33126


Yoan Martinez
```